NO. PD-0237-15

IN THE

COURT OF CRIMINAL APPEALS

OF TEXAS

FILED IN
COURT OF CRIMINAL APPEALS

May 7, 2015

ABEL ACOSTA, CLERK

RHONALD MARTINEZ
Petitioner

v.

THE STATE OF TEXAS
Respondent

Petition is in Cause No. 1253416D from the
297th Criminal District Court of Tarrant County, Texas,
and Cause No. 02-13-00610-CR in the
Court of Appeals for the Second District of Texas

_____

MOTION FOR LEAVE TO FILE FIRST AMENDED
PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE COURT OF APPEALS:

COMES NOW, Rhonald Martinez, Petitioner, and pursuant to Rule 68.10 of the Texas Rules of Appellate Procedure files this Motion for Leave to file First Amended Petition for Discretionary Review, and in support of which would show the following:

I.

Petitioner's Petition for Discretionary Review was filed on April 2, 2015. Pursuant to Rule 68.10, the Petition may be amended at any time justice requires.

II.

On April 21, 2015, The United States Supreme Court issued its Opinion in Rodriguez v. United States, _ _ _S.Ct._ _ _, 2015 WL 1780927 (U.S. Apr. 21, 2015). The Rodriguez case touches on matters raised in Petitioner's Petition for Discretionary Review, and the First Amended Petition for Discretionary Review submitted concurrently with this motion incorporates the new Supreme Court Opinion, which may be helpful to the Court in resolving said Petition.

WHEREFORE, PREMISES CONSIDERED, Petitioner Rhonald Martinez prays this Court will grant Leave to File First Amended Petition for Discretionary Review.

Respectfully submitted,

/s/ Abe Factor
Abe Factor
TBN: 06768500
Factor, Campbell & Collins
Attorneys at Law
5719 Airport Freeway
Fort Worth, Texas 76117
Phone: (817) 222-3333
Fax:    (817) 222-3330
Attorney for Petitioner
Rhonald Martinez

## CERTIFICATE OF CONFERENCE

I do hereby certify that a conference was held with opposing counsel, and said counsel is not opposed to the granting of the relief requested in this motion.

/s/ Abe Factor
Abe Factor

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been furnished to counsel for the State's Prosecuting Attorney and the Tarrant County District Attorney by a manner compliant with the Texas Rules of Appellate Procedure, on this 7th day of  May , 2015.

/s/ Abe Factor
Abe Factor